UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>        *Plaintiff*,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>        *Defendant*. | Civil Action No. 19-3839 (TKJ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Strugar*<br>MATTHEW STRUGAR<br>D.C. Bar #1010198<br>Law Office of Matthew Strugar<br>3435 Wilshire Boulevard<br>Suite 2910<br>Los Angeles, CA 90010<br>(323) 696-2299<br>Email: matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff*<br><br>Dated: April 28, 2021 | CHANNING D. PHILLIPS<br>D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:*/s/ Kathleene Molen*<br>KATHLEENE MOLEN<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 803-1572<br>Email: Kathleene.Molen@usdoj.gov<br><br>*Counsel for Defendant* |